**2002–2193.  State v. Golson.**

Montgomery App. No. 17707. On motion for leave to file delayed appeal. Motion denied.

**2002–2203.  State v. Coulibaly.**

Hamilton App. No. C–010212. On motion for leave to file delayed appeal. Motion denied.

**2002–2210.  State v. Fuqua.**

Hardin App. No. 6–02–01, 2002-Ohio-4697. On motion to strike motion for delayed appeal. Motion denied.

LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

# APPEALS ACCEPTED FOR REVIEW

**2002–1663.  Harden v. Ohio Atty. Gen.**

Franklin App. No. 01AP–1156, 2002-Ohio-4291.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2002–1666.  State v. Doe.**

Montgomery App. No. 19408, 2002-Ohio-4966.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2002–1678.  Akron v. Holland Oil Co.**

Summit App. No. 20954, 2002-Ohio-4150.

F.E. SWEENEY and COOK, JJ., dissent.

O'CONNOR, J., not participating.

**2002–1716.  State v. Harwell.**

Lucas App. No. L–00–1356, 2002-Ohio-4349.

MOYER, C.J., and PFEIFER, J., dissent.

RESNICK, J., not participating.

**2002–1792.  State v. Perry.**

Franklin App. No. 01AP–996, 2002-Ohio-4545.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2002–1807.  State v. Schmitt.**

Mercer App. No. 10–01–16, 2002-Ohio-4615. Discretionary appeal allowed and cause to be argued on the same date as 2002–2015, *State v. Weirtz,* Delaware App. No. 02CAC06032, 2002-Ohio-5294.

F.E. SWEENEY and PFEIFER, JJ., dissent.

O'CONNOR, J., not participating.

**2002–1815.  Theobald v. Univ. of Cincinnati.**

Franklin App. Nos. 02AP–593, 02AP–597 and 02AP–598. Discretionary appeal allowed and cause consolidated with 2002–2008, *Theobald v. Univ. of Cincinnati,* Franklin App. Nos. 02AP–560, 02AP–593, 02AP–597 and 02AP–598.

**2002–1925.  Skala v. Grange Ins. Co.**

Summit App. No. 20941, 2002-Ohio-5040. Discretionary appeal allowed; cause consolidated with 2002–2121, *Skala v. Grange Ins. Co.,* Summit App. No. 20941, 2002-Ohio-5040; causes held for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis,* Summit App. No. 20784, 2002-Ohio-1502; and briefing schedule stayed.

RESNICK and LUNDBERG STRATTON, JJ., dissent.

**2002–1974.  State v. Dade.**

Franklin App. No. 02AP–73, 2002-Ohio-5251. Discretionary appeal accepted; motion to expedite briefing schedule and oral argument denied; sua sponte, cause held for the decision in 2002–0242, *State v. Brown,* Montgomery App. No. 18972, 2001-Ohio-7073; and briefing schedule stayed.

F.E. SWEENEY and PFEIFER, JJ., dissent.